UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK N. KELLEY,

        Plaintiff,

  v.

VICTORIA ROBERTS,

        Defendants.

Case No.  C07-5288FDB

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendants' motion to dismiss (Doc. 53)  is GRANTED; and his claims and causes of action are DISMISSED;

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold

DATED this 14th day of <u>March</u> 2008.

*/s/ Franklin D. Burgess*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1