# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARK N. KELLEY                               JUDGMENT IN A CIVIL CASE

        v.

VICTORIA ROBERTS                        CASE NUMBER: C07-5288FDB

\_\_\_\_\_      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX       **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    1.      The Court adopts the Report and Recommendation.

    2.      Defendants' motion to dismiss (Doc. #13) is GRANTED; and his claims and causes of action are DISMISSED.


    March 14, 2008                                              BRUCE RIFKIN
                                                                     Clerk


                                                                     s/ D. Forbes
                                                                     By, Deputy Clerk